UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:17cr6-MCR

JOSE LUIS BARRIOS-MARTINEZ
a/k/a "Daniel Reggie Morales"
a/k/a "Daniel K. Morales"
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **JOSE LUIS BARRIOS-MARTINEZ a/k/a "Daniel Reggie Morales" a/k/a "Daniel K. Morales,"** to Count One of the Indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 27th day of February, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**